

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. PD-0255-18

### THE STATE OF TEXAS

#### v.

### CHARLIE RILEY, Appellee

### ON APPELLEE'S PETITION FOR DISCRETIONARY REVIEW FROM THE NINTH COURT OF APPEALS MONTGOMERY COUNTY

**YEARY, J., filed a dissenting opinion.**

### <u>DISSENTING OPINION</u>

Today, the Court reverses the court of appeals because a majority of this Court held Section 551.143 of the Texas Government Code—the statute under which Appellee was indicted—to be facially unconstitutional in *State v. Doyal*, ___S.W.3d___, No. PD-0254-18, 2019 WL 944022 (Tex. Crim. App. Feb. 27, 2019). TEX. GOV'T CODE § 551.143. I respectfully dissent to the Court's opinion for the reasons stated in my dissenting opinion in *Doyal*. 2019 WL 944042, at \*22–30.

FILED:              June 19, 2019
DO NOT PUBLISH